GABRIEL FLEISCHMAN, Respondent, v. ABRAHAM A. COOPER and Others, Appellants.— Appeal dismissed unless appellants shall be ready for argument

at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.